

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-26,945-04

## EX PARTE CHARLES LEE STRICKLAND, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 90-CR-00000201-B IN THE 138TH DISTRICT COURT FROM CAMERON COUNTY

*Per curiam.*

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced life imprisonment. His conviction was reversed on direct appeal. *Strickland v. State*, 827 S.W.2d 406 (Tex. App. —Corpus Christi, February 20, 1992). On remand, he entered into a plea agreement and pleaded guilty in exchange for a sentence of thirty-five years' imprisonment.

In the instant application, Applicant contends in his first ground for review that he has

recently learned that his plea agreement was breached because his sentence in another case, which was until recently treated by TDCJ as running concurrently with this sentence, is now running consecutively with his sentence in this case. In his second ground for review, Applicant alleges that he received ineffective assistance of trial counsel in this case.

This Court has reviewed Applicant's first ground for review, and has determined that Applicant's sentence in this case is running concurrently with his other sentences. Therefore, there has been no breach of his plea agreement in this case, and his claim is denied. This Court has also reviewed Applicant's second ground for relief and has determined that it is barred from review under Article 11.07, Section 4 of the Texas Code of Criminal Procedure. Therefore, that claim is dismissed.

Filed: December 16, 2015
Do not publish